IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUCK'S, INC., a Nebraska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BUC-EE'S LTD., a Texas corporation,<br><br>    Defendant. | No. 8:08-CV-519<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES** |

    This matter is before the Court on the parties' joint motion to extend certain deadlines. The motion will be granted.

    IT IS ORDERED:

    1.    The deadline for Plaintiff to file its opposition papers to Defendant's Motion to Dismiss shall be March 4, 2009.

    2.    The deadline for Defendant to file its reply papers shall be March 18, 2009.

    DATED this 18th day of February, 2009.

                                              BY THE COURT:

                                            s/ Joseph F. Bataillon, Chief Judge