# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUCK'S, INC., a Nebraska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BUC-EE'S LTD., a Texas corporation,<br><br>    Defendant. | CASE NO. 8:08CV519<br><br>**ORDER GRANTING EXTENSION OF TIME TO**<br>**FILE REPLY BRIEF** |

THIS MATTER is before the Court on Filing No. 26, the Joint Stipulation of the parties for an extension of time for Defendant Buc-ee's Ltd. ("Buc-ee's") to submit a reply brief in support of its motion to dismiss. The stipulation seeks a one day extension, from March 18, 2009 to March 19, 2009. Being duly advised, the extension is GRANTED and Defendants shall file their reply brief on March 19, 2009.

SO ORDERED.

Dated this 18th day of March, 2009.

                                                         s/ Joseph F. Bataillon
                                                         The Honorable Joseph Bataillon
                                                         United States District Judge

Prepared and submitted:

By:    John A. Sharp (#23111)
of     BAIRD HOLM LLP
        1500 Woodmen Tower
        Omaha, NE 68102-2068
        Phone: 402-344-0500
        jsharp@bairdholm.com

DOCS/905065.1