**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **BUCK'S, INC.,** | ) | |
| | ) | **8:08CV519** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **BUC-EE'S LTD.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion to Stay (Filing No. 44). The stay will be granted.

**IT IS ORDERED:**

1. All proceedings and deadlines shall be stayed until the United States Patent and Trademark Office has issued the registration sought by Plaintiff under United States Trademark Application Serial No. 76653211 for the trademark BUCKY'S and the registration sought by Defendant under United States Trademark Application Serial No. 78853252 for the trademark BUC-EE'S.

2. All proceedings shall be resumed and all deadlines reset in the event that the United States Patent and Trademark Office issues a final refusal or similar action, denying either of the registrations sought in Trademark Application Serial Nos. 78853252 or 76653211. The parties will jointly provide the Court with written notice of any such final refusal or similar action.

3. The parties will jointly provide the Court with a status report indicating the progress of Trademark Application Serial Nos. 78853252 or 76653211 **on or before December 31, 2009**, and again **on or before March 31, 2010.**

Dated this 23rd day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge