IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUCK'S, INC., a Nebraska corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUC-EE'S LTD., a Texas corporation, ) <br> ) <br> Defendant. ) <br> ) | 8:08CV519 <br><br> **ORDER OF RECUSAL** <br> **REQUEST FOR REASSIGNMENT** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 9th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge