# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUCK'S, INC., a Nebraska corporation,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>BUC-EE'S LTD., a Texas corporation,  )<br>)<br>Defendant.  ) | 8:08CV519<br><br>SCHEDULING ORDER |

The parties have filed a joint status report (Filing 49) indicating that the United States Patent and Trademark Office (USPTO) has taken the actions necessary to resolve the issues involving United States Trademark Application No. 78/853,252, and for the plaintiff to receive the registration sought under United States Trademark Application No. 76/653,211.

**IT IS ORDERED** that the parties shall file a joint status report on or before **June 1, 2010,** regarding the progress of the remaining issues pending before the USPTO and advising whether this litigation can be concluded.

**DATED March 30, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**